

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-14-00224-CR

DEDRICK ROBBINS, Appellant

V.

THE STATE OF TEXAS, Appellee

Appeal from the 263rd District Court of Harris County.   (Tr. Ct. No. 1373139).

**TO THE 263RD DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 19th day of February 2015, the case upon appeal to revise or to reverse your judgment was determined.   This Court made its order in these words:

> This case is an appeal from the final judgment signed by the trial court on December 18, 2013. After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's judgment contains no reversible error. Accordingly, the Court **affirms** the trial court's judgment.
>
> The Court **orders** that this decision be certified below for observance.

Judgment rendered February 19, 2015.

Panel consists of Justices Keyes, Higley, and Brown. Opinion

delivered by Justice Keyes.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

May 1, 2015

Date

_Christopher A. Prine_

CHRISTOPHER A. PRINE
CLERK OF THE COURT

